IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RAUL FLORES-REYNA, § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | Civil Action No. H-06-190 |
| § | Criminal Action No. H-02-239-01 |
| UNITED STATES OF AMERICA, § | |
| § | |
| Respondent. § | |

## ORDER

As Raul Flores-Reyna's Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, or Correct Sentence By a Person in Federal Custody has been denied, and the United States of America's Motion to Dismiss has been granted, the Court hereby DISMISSES Flores-Reyna's Section 2255 Motion.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on this 3rd day of August, 2006.

_____

DAVID HITTNER

United States District Judge